AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CJC DISTRIBUTORS LLC,<br><br>*Plaintiff(s)*<br>v.<br>N T SOLUTIONS INC., WESTERN REGIMEN LLC, and VANNER INC.<br><br>*Defendant(s)* | Civil Action No. 25-cv-01119-LGD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  N T SOLUTIONS INC.

Secretary of State
&
6042 Lenzi Ave
Hodgkins, IL 60525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachel Wrubel, Esq.
377 Pearsall Ave, Suite C
Cedarhurst, NY 11516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 2/28/2025



*Sandra Felgueiras*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| CJC DISTRIBUTORS LLC, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-01119-LGD |
| N T SOLUTIONS INC., WESTERN REGIMEN LLC, and VANNER INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VANNER INC.

Secretary of State
&
75 Executive Dr, Suite 457
Aurora, IL 60504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachel Wrubel, Esq.
377 Pearsall Ave, Suite C
Cedarhurst, NY 11516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 2/28/2025

*Sandra Felgueiras*
Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| CJC DISTRIBUTORS LLC, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-01119-LGD |
| N T SOLUTIONS INC., WESTERN REGIMEN LLC, and VANNER INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WESTERN REGIMEN LLC
Secretary of State
&
8703 River Keeper Way
Raleigh, NC 27616

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachel Wrubel, Esq.
377 Pearsall Ave, Suite C
Cedarhurst, NY 11516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 2/28/2025



*Sandra Felgueiras*
Signature of Clerk or Deputy Clerk